# MARK A. BAILEY, ESQ.
*Attorney at Law*

569 Dr. Martin Luther King Boulevard
Newark, New Jersey 07102
Ph: 866-668-5058
Fax: 866-259-6440

February 25, 2021

**SENT VIA EMAIL (Christine_melillo@njd.uscourts.gov and the Pacer filing system)**
Katharine S. Hayden
U.S.D. J for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

       RE:  State v. Aughky Green
           Case No.: 19-CR-841

Judge,

  As you know I represent the defendant Aughky Green in connection with the above captioned matter. He was scheduled to be sentenced on February 23, 2021. In anticipation and in preparation for sentencing I communicated with Mr. Green and learned that he is incapacitated due to cervical spine surgery, which occurred on July 28, 2020. During our conversation, he explained that he is under the care of a home care nursing aid and is immobile.

  I have requested supporting documents from his treating physician and the nursing company and will forward them to the court as soon as it is received. I have also asked for a projected recovery time in order to give the court a time frame in which to schedule the sentencing.

  Mr. Green is certainly willing to avail himself to the sentence for which he agreed as part of his plead.

  For the foregoing reason, I ask this Court to adjourn the above captioned matter until Mr. Green has fully recovered.

  Thank you in advance for your time and consideration.

               Respectfully submitted,

               /Mark A. Bailey/

               *Mark A. Bailey, Esq.*

*Attorney for Defendant Aughky Green*

*cc:  file*
*Client*
*Dean Sovolos, AUSA, (Dean.Sovolos@usdoj.gov)*